NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,**
*Appellant*

**v.**

**HTC CORP., HTC AMERICA, INC.,**
*Appellees*

———————————

2017-2635

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00847, IPR2016-00923.

———————————

## JUDGMENT

———————————

GREGORY J. GONSALVES, Gonsalves Law Firm, Falls Church, VA, argued for appellant.

RYAN C. MORRIS, Sidley Austin LLP, Washington, DC, argued for appellees. Also represented by JOSEPH A. MICALLEF, SAMUEL DILLON; CURT HOLBREICH, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court